FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Jun 10 2022

KEVIN P. WEIMER, Clerk

By: s/B. Evans
         Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) CASE NO.<br>) 1:21-CR-00430-9-WMR-JSA |
| vs | )<br>) |
| JEANA ALSTON, | )<br>) |
| Defendant. | ) |

## ORDER APPOINTING COUNSEL

The Court finds the Defendant, the individual named below, having testified under oath or having otherwise satisfied this Court that he or she is financially unable to employ counsel, is indigent, and because the interest of justice so require;

IT IS ORDERED that S. Fenn Little is hereby appointed to represent Defendant Jeana Alston.

This 10th day of June, 2022.

*Justin S. Anand*
UNITED STATES MAGISTRATE JUDGE